UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:  THE HONORABLE _____, JUDGE

| | |
|---|---|
| NEW HAMPSHIRE BALL BEARINGS, INC., <br><br> Plaintiff, <br> v. <br><br> UNITED STATES, <br><br> UNITED STATES CUSTOMS AND BORDER PROTECTION, and <br><br> UNITED STATES INTERNATIONAL TRADE COMMISSION <br><br> Defendants. | Court No. 08-00398 |

SUMMONS

TO:    The Above-Named Defendant:

You are hereby summoned and required to serve upon plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____
Clerk of the Court


 /S/ Frank H. Morgan
Frank H. Morgan
WHITE AND CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005

Date: November 13, 2008            (202) 626-3600