Form 13

# UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10007

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by  Frank H. Morgan, White & Case L.L.P.  on behalf of New Hampshire Ball Bearings, Inc. in the matter of   NEW HAMPSHIRE BALL BEARINGS, INC. v. UNITED STATES ET AL., Court No.  08-00398.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

New Hampshire Ball Bearings, Inc. ("NHBB") is wholly owned by NMB (USA), Inc. which is not publicly- held.  NHBB is, however, a member of the Minebea Group thereby making it an affiliate of Minebea Co., Ltd. a publicly-held company in Japan.

2. Indicate whether the party on whose behalf this Form is being filed is [**X**] or is not [ ] the real party in interest.  If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association.  (Attach additional pages if necessary.)

   Not Applicable

  /S/ Frank H. Morgan                               November 13, 2008
Frank H. Morgan                                    Date